IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EDWARD BERNARD SHAW,

     Appellant,

v.

            Case No. 5D22-2688
            LT Case No. 2008-CF-826-A

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed February 14, 2023

3.800 Appeal from the Circuit Court
for Seminole County,
Donna Goerner, Judge.

Edward B. Shaw, Crestview, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.